IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ROBERT DUNCAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:20-cv-00119-M-BP |
| § | |
| SAFECO INSURANCE CO. § | |
| OF INDIANA, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that this case is **REMANDED** to the 97th Judicial District Court of Archer County, Texas.

**SO ORDERED** this 19th day of November, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE